# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand twenty-six.

―――――――――――――――――――――――

Raymond Kessler, individually and on behalf of all others similarly situated, Hartence Hill, Lazaro Rodriguez, Barbara Abreu, Teresa Herendeen,

   Plaintiffs - Appellees,

 v.

Pat Zhen, Bilal Amjad,

   Objectors - Appellants,

Enoch Barquero

   Appellant,

 v.

The Quaker Oats Company,

   Defendant - Appellee.

―――――――――――――――――――――――

**ORDER**

Docket Nos. 25-2146 (L), 25-2377 (Con), 25-2614 (Con), 26-81 (Con), 26-227 (Con), 26-238 (Con)

Appellant Pat Zhen's opening brief was struck from the docket for failure to comply with the notice of defective filing dated March 5, 2026.

IT IS HEREBY ORDERED that Appellant Zhen must file a compliant brief and appendix by April 1, 2026. Zhen's appeals (Docket Nos. 25-2146 and 25-2614) will be dismissed effective April 1, 2026, if a compliant brief and appendix are not filed by that date.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

